UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHEN HOITT,

    Plaintiff,

v.                                                     CASE NO. 8:17-cv-1843-T-23TGW

DISCOVER PRODUCTS, INC.,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 16), this action is **DISMISSED WITH PREJUDICE**. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on January 10, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE